IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOSEF BOZEK and EVA BOZEK,<br><br>    Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA, N.A.<br>PNC MORTGAGE, PNC BANK, N.A.<br>PIERCE & ASSOCIATES,<br><br>    Defendants. | Case No. 16-cv-03100<br><br>Honorable Jorge L. Alonso |

**DEFENDANT BANK OF AMERICA, N.A.'S STATUS REPORT REGARDING PLAINTIFFS JOSEF BOZEK'S AND EVA BOZEK'S STATE COURT APPEAL**

Pursuant to the Court's September 28, 2017 order, Defendant Bank of America, N.A. ("BANA") submits this status report to update the Court regarding the status of Plaintiff Josef Bozek's and Plaintiff Eva Bozek's ("Plaintiffs") related state court appeal that is pending before the Illinois Appellate Court for the First District.

**Status of Plaintiffs' State Court Appeal**

Plaintiffs' state court appeal remains pending. Plaintiffs filed their opening brief on appeal on December 8, 2017. BANA's deadline to file its response brief on appeal is February 12, 2018. Plaintiffs' deadline to file a reply in further support of their appeal is February 26, 2018 (*i.e.*, fourteen days after BANA's deadline to file its response brief).

Respectfully submitted,

*/s/ David Pustilnik*
David Pustilnik
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Tel: (312) 558-5600
dpustilnik@winston.com
*Counsel for Defendant Bank of America, N.A.*

Case: 1:16-cv-03100 Document #: 120 Filed: 01/29/18 Page 2 of 3 PageID #:862

**CERTIFICATE OF SERVICE**

      I, David Pustilnik, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: January 29, 2018                                                                 */s/ David Pustilnik*